KEVIN M. CRABTREE (CABN 238162)
LAW OFFICE OF KEVIN M. CRABTREE, PC
550 CALIFORNIA STREET, SUITE 303
SAN FRANCISCO, CA 94104
Tel. (628) 252-2020
*kevin@sfgreencard.com*

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

J. JESUS GOMEZ ALVAREZ, et al.,

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Attorney General of the United States, et al.,

Defendants.

Case No. 3:26-cv-06530-LB

**JOINT STATEMENT, STIPULATION TO STAY PROCEEDINGS FOR 90 DAYS, AND [~~PROPOSED~~] ORDER**

Status Hearing: September 10, 2026
Time: 11:00 a.m.
Location: 450 Golden Gate Ave
15th Floor, Courtroom B
San Francisco, CA 94102

Hon. Laurel Beeler

The parties submit this statement pursuant to the Court's order. None of the statements here are concessions of any issue on the merits.

The Court denied the motion for preliminary injunction and directed the parties to propose how to dispose of this matter. The parties propose that this matter be stayed for 90 days, until November 30, 2026, pending action in *Suarez Soto v. Blanche*, No. 3:26-cv-01700-JSC (N.D. Cal.) and *Sainz Reyes v. Blanche*, No. 5:26-cv-00664-NC (N.D. Cal.). This Court found persuasive the reasoning of the Court in *Suarez Soto* in its order. Plaintiffs in both matters have filed amended complaints that present the question of what impact (if any) the third Plaintiff's notice and comment rights have on these matters.

A stay is warranted to potentially eliminate the need for unnecessary additional briefing. Plaintiffs are contemplating filing a motion for reconsideration relating to the son's claim (which was not presented in *Soto Suarez* at that time).

In the absence of other dispositive agreement, Defendants would file a motion to dismiss. The Court's proposal to enter judgment would be the most efficient, but Plaintiffs do not wish to enter into immediate appellate proceedings that could potentially be avoided.

Although this is not a class action, the relief sought in the parallel litigation is identical and requests a vacatur of the agency action. Thus, relief might potentially impact these Plaintiffs and render it moot.

The parties are cognizant that maintaining a case on the Court's docket is also a burden on the Court's time but feel that this is the best balance possible under all of the circumstances.

DATED: August 31, 2026

Respectfully submitted,

/s/ Kevin M. Crabtree
KEVIN M. CRABTREE (CABN 238162)

Attorney for Plaintiffs

DATED: August 31, 2026

CRAIG H. MISSAKIAN
Acting United States Attorney

s/ Molly A. Friend[1]
MOLLY A. FRIEND

Assistant United States Attorney
Attorneys for Defendants

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 2, 2026

LAUREL BEELER
United States Magistrate Judge

1 The filer of this document certifies he has the consent of the other signatory to file with their electronic signature.